ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| SupplyCore LLC | ) ASBCA No. 64352-ADR |
| | ) |
| Under Contract No. SPE8E3-23-D-0005 | ) |

APPEARANCES FOR THE APPELLANT:  Marlena F. Ewald, Esq.
        Isaac B. Rosenberg, Esq.
        Michael Patterson, Esq.
        Emily A. Spence, Esq.
         Fluet & Associates, PLLC
         Tysons, VA

APPEARANCES FOR THE GOVERNMENT:  Steven M. Sosko, Esq.
         DLA Chief Trial Attorney
        Ryan P. Hallisey, Esq.
        Robert L. Kieffer, Esq.
        Lindsay A. Salamon, Esq.
        Elizabeth R. Warner, Esq.
        Michael Monajemi, Esq.
         Trial Attorneys
         DLA Troop Support
         Philadelphia, PA

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  March 16, 2026

_____
LAURA J. ARNETT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 64352-ADR, Appeal of SupplyCore LLC, rendered in conformance with the Board's Charter.

Dated: March 16, 2026

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals